AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 4:20-cv-2577 |
| MARK STUBBLEFIELD | ) ) | |
| *Defendant* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mark Stubblefield
9 Yewleaf Court
Spring, TX 77381

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark D. Cronenwett and Samin Hessami
14160 North Dallas Parkqy, Suite 900
Dallas, TX 75254

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David J. Bradley, *Clerk of Court*

Date: July 23, 2020

s/ D. Waggoner
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-2577

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Mark Stubblefield**

was received by me on *(date)* **7/29/2020 @ 3:39 pm**

☒ I personally served the summons on the individual at *(place)* **9 Yewleaf Court Spring Tx 77381** on *(date)* **8/1/20 3:03 pm**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ ___ for travel and $ ___ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **8/3/2020**

Server's signature: *Jim Gaskill*

Printed name and title: **Jim Gaskill PSC 2007 Exp. 2/28/21**

Server's address: **5470 LBJ Freeway, Ste 100 Dallas TX 75240**

Additional information regarding attempted service, etc: