United States District Court
Southern District of Texas
**ENTERED**
January 05, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006 OPT4, MORTGAGE-PASS THROUGH CERTIFICATES, SERIES 2006-OPT4,** | § § § § § § § § | |
| Plaintiff, | § | Civil Action No. 4:20-cv-2577 |
| v. | § § § § | |
| **MARK STUBBLEFIELD** | § § § | |
| Defendant. | § § | |

## ORDER GRANTING PLAINTIFF'S SECOND MOTION TO CONTINUE PRETRIAL DATES

CAME ON TO BE CONSIDERED this day the *Second Motion to Continue Pretrial Dates* (the "Motion") filed by Plaintiff Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2006 OPT4, Mortgage-Pass Through Certificates, Series 2006-OPT4 ("Deutsche Bank" or "Plaintiff"). After reviewing the Motion, the Court believes the Motion has merit and should be granted. It is therefore,

**ORDERED** that the Motion is **GRANTED**; and it is further,

**ORDERED** that the deadline for the parties to file their joint pretrial order is extended to __May 6, 2022__ and the Docket Call is scheduled for __May 13__, 2022 at 3:00 p.m..

Signed this __5th__ day of __January__, 2022.

*George C. Hanks Jr*
**UNITED STATES DISTRICT JUDGE**